UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
*Plaintiff*

      v.                            **CRIMINAL NO.** 08-398(ADC)

**ORSINI-MARTINEZ ET AL**
*Defendants*

**MOTION TO WITHDRAW**

**TO THE HONORABLE COURT:**

    **COMES NOW**, the United States of America, by and through its undersigned attorneys and respectfully states and prays that Assistant United States Attorney Timothy Henwood is not assigned to the above-mentioned case.

    **WHEREFORE,** the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Timothy Henwood in the instant case.

    **RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of August, 2025.

                                               W. Stephen Muldrow
                                               United States Attorney

                                               *s / Timothy R. Henwood*
                                               Timothy R. Henwood – USDC 218608
                                               Assistant U.S. Attorney
                                               Chief, Criminal Division
                                               Torre Chardon, Suite 1201
                                               350 Carlos Chardon Ave.
                                               San Juan, P.R.  00918
                                               Phone: (787)766-5656
                                               e-mail:  timothy.henwood@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel.

In San Juan, Puerto Rico, this 18th day of August, 2025.

<u>*s / Timothy R. Henwood*</u>
Timothy R. Henwood
Assistant U.S. Attorney
Chief, Criminal Division